# United States Court of Appeals

## For the Eighth Circuit

_____

No. 23-3544

_____

Andrew Peal Moore, II, an individual

*Plaintiff - Appellant*

v.

Robert J. Knodell, Director, Missouri Department of Social Services Family
Support Division, in his individual capacity; Jennifer Renner, in her individual
capacity; M. Ruth O'Neil, in her individual capacity; Kim Lynette Hinton;
SupportKids, Inc.

*Defendants - Appellees*

_____

Appeal from United States District Court
for the Eastern District of Missouri - St. Louis

_____

Submitted: June 3, 2024
Filed: June 6, 2024
[Unpublished]

_____

Before SMITH, BENTON, and GRASZ, Circuit Judges.

_____

PER CURIAM.

Andrew Moore appeals the district court's[1] dismissal of his pro se complaint for lack of jurisdiction. Having jurisdiction under 28 U.S.C. § 1291, this court affirms.

After careful de novo review of the record and the parties' arguments on appeal, this court finds no basis for reversal. *See Hilger v. United States*, 87 F.4th 897, 899 (8th Cir. 2023) (standard of review). It is clear from the record that the domestic relations exception to federal jurisdiction divested the district court of subject-matter jurisdiction to adjudicate Moore's claims. *See Lannan v. Maul*, 979 F.2d 627, 631–32 (8th Cir. 1992) (issue dealing with child-support obligations "is clearly within domestic relations exception" to federal jurisdiction).

The judgment is affirmed. *See* 8th Cir. R. 47B.

_____

[1]The Honorable Sarah E. Pitlyk, United States District Judge for the Eastern District of Missouri.